FILED

January 23, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )
                Plaintiff,               )         Case No. 2:09MJ00024-GGH-1
v.                                       )
                                         )         ORDER FOR RELEASE OF
                                         )         PERSON IN CUSTODY
ROWDY ADAMS,                             )
                                         )
                Defendant.               )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ROWDY ADAMS , Case No.  2:09MJ00024-

GGH-1 , Charge  FAILURE TO PAY CHILD SUPPORT , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

          __    Unsecured Appearance Bond

          __    Appearance Bond with 10% Deposit

          __    Appearance Bond with Surety

          __    Corporate Surety Bail Bond

      ✔    (Other)      Pretrial Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  January 23, 2009  at  2:48 pm  .

By  /s/ Gregory G. Hollows
          Gregory G. Hollows
          United States Magistrate Judge

Copy 5 - Court