```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  RACHELLE D. BARBOUR, Bar #185395
   Staff Attorney
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   ROWDY ADAMS
7

8
```

9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| | | |
|---|---|---|
| 12 | UNITED STATES OF AMERICA, ) | Mag. No. 09-024-GGH |
| 13 | Plaintiff, ) | |
| | ) | STIPULATION AND ORDER |
| 14 | v. ) | |
| 15 | ROWDY ADAMS, ) | |
| | ) | Judge: Hon. Gregory G. Hollows |
| 16 | Defendant. ) | |
| 17 | _____ ) | |

18

19   It is hereby stipulated and agreed to between the United States of
20 America through RUSSELL CARLBERG, Assistant U.S. Attorney, and
21 defendant, ROWDY ADAMS, by and through his counsel, RACHELLE BARBOUR,
22 that the briefing schedule set on January 23, 2009 on the proposed DNA
23 testing condition be continued for an additional week.  The parties
24 agree that defendant's brief will now be due on February 5, 2009 and
25 the government's response will now be due on February 20, 2009.
26   This continuance is being requested to provide additional time for
27 defense counsel to research and review legal issues and present them to
28 the Court.  Time should have already been excluded by operation of law

under 18 U.S.C. § 3161(h)(1)(G) and Local Code F (relating to transfers to other districts) and should continue to be excluded.

Dated:   January 30, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
_____
RACHELLE D. BARBOUR
Staff Attorney
Attorney for Defendant
ROWDY ADAMS


LAWRENCE G. BROWN
Acting United States Attorney

Dated:   January 30, 2009          /s/ Rachelle Barbour for
_____
RUSSELL CARLBERG
Assistant U.S. Attorney


**IT IS SO ORDERED.**  The Speedy Trial Act is tolled from the time counsel orally moved to make the DNA motion in court up through the disposition of the DNA motion.

Dated: February 3, 2009

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
United States Magistrate Judge

adams.ord2

Stip & Order/Kevin Miller                  -2-