```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE D. BARBOUR, Bar #185395
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for the Defendant
ROWDY ADAMS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROWDY ADAMS,<br><br>　　　　Defendant.<br>_____ | MAG. 09-0024 GGH<br><br>**APPLICATION AND ORDER FOR TRANSPORTATION AND SUBSISTENCE PURSUANT TO 18 U.S.C. § 4285**<br><br>Judge: Hon. Dale A. Drozd |

　　　Defendant ROWDY ADAMS hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

　　　Mr. Adams through undersigned counsel, appeared in court on January 12, 2009 on an out of district Indictment from the District of South Dakota. Mr. Adams was released from custody. On February 2, 2009 defense counsel again appeared to notify the Court that there would be no Rule 20 transfer. Mr. Adams was ordered to appear in South Dakota before Magistrate Judge John Simpco, Courtroom #2, Federal Building, 400 South Phillips Avenue, Sioux Falls, South Dakota, at 1:30 p.m. on February 20, 2009.

///

1

1  Mr. Adams is unable to afford his own transportation from his
2  residence in North Highlands, California to Sioux Falls, South Dakota
3  for the hearing on February 20, 2009 at 1:30 p.m.  He requests that the
4  Court direct the Marshal's Office to arrange for his noncustodial
5  transportation to and from South Dakota and that it furnish him with
6  subsistence expenses to that destination, pursuant to 18 U.S.C. § 4285.
7  DATED: February 17, 2009     Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Attorney for Defendant
ROWDY ADAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. 09-0024 GGH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER FOR TRANSPORTATION AND** |
| v. | ) | **SUBSISTENCE** |
| | ) | |
| ROWDY ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

    This is to authorize and direct you to furnish the above named defendant, ROWDY ADAMS, with transportation and subsistence expenses for travel from North Highlands, California to Sioux Falls, South Dakota for his hearing before Magistrate Judge John Simpco, Courtroom #2, Federal Building, 400 South Phillips Avenue, Sioux Falls, South Dakota, on February 20, 2009 at 1:30 p.m.

    Mr. Adams shall be booked on an airplane flight that makes it possible for him to attend his scheduled court appearance on February 20, 2009 at 1:30 p.m.  Mr. Adams will also need return transportation back to his residence on February 20, 2009 or as soon after that date as possible, in the event he is not held in custody.

3

1    The United States Marshal must furnish Mr. Adams with money for
2 subsistence expenses to his destination, not to exceed the amount
3 authorized as a per diem allowance for travel under section 5702(a) of
4 Title 5, United States Code.  This order is authorized pursuant to 18
5 U.S.C. § 4285.
6 IT IS SO ORDERED.
7 DATED: February 17, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

12  Ddad1/orders.criminal/adams0024.ord